1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for PERKINS MCCAULEY**
5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

   **PERKINS MCCAULEY,**              )   CASE NO.:   Civ S. 06-CV-00902 CMK
10                                     )
                                       )
11                       **Plaintiff,** )   **Stipulation and Order Extending Time to**
                                       )   **File and Serve Motion**
12 **vs.**                             )
                                       )
13 **Joanne B. Barnhart, Commissioner of** )
   **Social Security,**                )
14                                     )
                          **Defendant.** )
15                                     )

16

17
       IT IS HEREBY STIPULATED by and between the parties, through their respective
18
   undersigned attorneys, and with the permission of the Court as evidenced below, that the
19
   Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
20
   extended to the new filing date of December 18, 2006.  The extension is needed due to press of
21
   business in plaintiff's attorney's office.
22

23

24

25

26

27

28

This is the 1st request for extension by plaintiff.

Dated: 11/8/06

/s/Peter Brixie
PETER BRIXIE
Attorney at Law

Attorney for Plaintiff

Dated: 11/8/06

By: /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

DATED: November 13, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE