**PETER E. BRIXIE, S.B.#124186**
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for PERKINS MCCAULEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINS MCCAULEY, | CASE NO.:  Civ S. 06-CV-00902 CMK |
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| Joanne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 15, 2007.  The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated: 12/14/06
/s/Peter Brixie
PETER BRIXIE
Attorney at Law

Attorney for Plaintiff

Dated: 12/15/06

By:  /s/Mark Win
MARK WIN
Special Assistant U. S. Attorney

Attorney for Defendant

—ooo—

APPROVED AND SO ORDERED

DATED:   December 21, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE