```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
MARK A. WIN (CA BAR NO. 206077)
Special Assistant United States Attorney
     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8980
     Facsimile:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINS McCAULEY,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>             Defendant. | Case No. 2:06-CV-00902-CMK<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of two thousand one hundred fifteen dollars ($2,115.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: October 9, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE